# EXHIBIT 1

# Sheriff

**\*\*\*\* Click Orange "MENU" Button For More Options \*\*\*\***



**Follow the Sheriff's Department**

   

## Public Information

### Mission Statement

It is the mission of the Cochise County Sheriff's Office to provide professional, high quality and effective law enforcement and correctional services in partnership with the community. We are committed to the protection of life and property; the preservation of peace, order, and safety; the vigorous enforcement of Local and State Laws; and the defense of the Constitution of the State of Arizona and the Constitution of the United States of America in a fair and impartial manner.

### Vision Statement

Providing citizens of Cochise County with effective and efficient public safety services since **1881,** the Sheriff's Office will continue its legacy to "*lead the way.*" We will perform our duties with the utmost character, competence, and open communications.

---



# EMERGENCY ALERT NOTIFICATIONS REGISTRATION

The Are You Okay Program is a way for those who are homebound, physically incapacitated, or otherwise unable to be in regular contact with someone to help in the event of an emergency. The program requires participants to sign up and provide basic personal information and a signed liability waiver to be added to the Sheriff's Office subscriber list. Once a resident is added to the list, a telephone call will be made to them at their requested interval such as once a day, twice a week, etc. If there is no answer after several tries, then a Point of Contact will be requested to check on the subscriber. If there is no Point of Contact available, then a Law Enforcement Officer will be sent to check on the subscriber. This will mesh seamlessly with other local initiatives such as the Wellness Depot in Sierra Vista and Senior Centers throughout the county.

## Subscriber Form



Police Academy

**Follow the Sheriff's Department**

   



## Files
**Part-Time Detention Officer Program**
**Are You Okay (RUOK) Flyer**
**Are You Okay (RUOK) Subscriber Form**
**Sheriff's Office Background Questionaire**
**Sheriff Office Strategic Plan 2017**

Select Language ▼

**FORMS**



## CONTACT US

## Sheriff
**Mark Dannels**

## Commander - Patrol
**Tom Alinen**

## Locations

**Administrative Office**
205 North Judd Drive
Mile Post 345, Highway 80
Bisbee, AZ 85603
(520) 432-9500 or (800) 362-0812

**Bisbee Patrol District**
205 North Judd Drive
Bisbee, AZ 85603
(520) 432-9500

**More Information**