# EXHIBIT 5



# Cochise County Sheriff
Officer Report for Incident 16-32686

**Nature:** INFORMATION  
**Location:** 4P  
**Address:** [REDACTED]

**Offense Codes:** M047  
**Received By:** MVan Kirk  **How Received:** O  **Agency:** CCSO  
**Responding Officers:** NMoreno  
**Responsible Officer:** NMoreno  **Disposition:** CEX 12/14/16  
**When Reported:** 18:56:45 12/12/16  **Occurred Between:** 18:56:25 12/12/16 and 18:56:25 12/12/16

**Assigned To:**  **Detail:**  **Date Assigned:** \*\*/\*\*/\*\*  
**Status:**  **Status Date:** \*\*/\*\*/\*\*  **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 222356  
**Last:** Elfrida Sheriff Substation  **First:**  **Mid:**  
**DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:** 10293 N Central Hwy  
**Race:**  **Sex:**  **Phone:** ( ) -  **City:** Elfrida, AZ 85610

## Offense Codes
**Reported:** M047 Information  **Observed:**  
**Additional Offense:** M047 Information

## Circumstances
MOR Miscellaneous Offense report  
LT22 School/College

**Responding Officers:**  **Unit:**  
NMoreno  C434

**Responsible Officer:** NMoreno  **Agency:** CCSO  
**Received By:** MVan Kirk  **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*  
**How Received:** O Officer Report  **Clearance:** CRO Cleared, Responding Officer  
**When Reported:** 18:56:45 12/12/16  **Disposition:** CEX **Date:** 12/14/16  
**Judicial Status:**  **Occurred between:** 18:56:25 12/12/16  
**Misc Entry:** cmplt  **and:** 18:56:25 12/12/16

**Modus Operandi:**  **Description:**  **Method:**  
Day of Week  Preferred Day of Week  Monday  
Time of Day  Preferred Time of Day  Day



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19

| Scene | Type of Crime Scene | School |
|---|---|---|

**Involvements**

| Date | Type | Description | Relationship |
|---|---|---|---|

COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY    04/02/19

Officer Report for Incident 16-32686                                                                                    Page 3 of 4

## Narrative

On 12-12-2016 I was called to Valley Union High School (VUHS), located in Elfrida AZ., in reference to a problem with a student. On arrival, I made contact with Reyna De La Cruz. Ms. De La Cruz stated Mark Brown had a student he needed assistance with.

Mr. Brown, a counselor at VUHS, stated he had a student who needed to speak with law enforcement. I then activated my PUMA Digital Recorder and spoke with AC. AC stated he did not wish to return home. AC stated he could not "take it" anymore and stated his "punishments" were the reason why. AC went on to say his mother tells him she is going to kill him on several occasions and that she has been saying it more often recently. AC stated he was very concerned because his sister, Mahliya Campbell was being abused more than him.

AC stated the "punishment" was to stand in front of security cameras located inside his home while naked. AC stated Mahliya was given this punishment more often than he was. AC also stated what concerned him more was that he had observed his mother choke Mahliya after pushing her against the wall. AC stated he was aware Mahliya would not say anything had happened because Child Protective Services (CPS) had been notified of a previous incident but nothing had been done. CPS was contacted later and the reports states Mahliya told a friend her mother had punched her in the face. Report also stated Mahliya was found to have a bruise on her face but the mother stated she was running while looking through binoculars and ran into a door.

I asked AC to tell me his concerns again and he related the same information and identified his parents as Brian and Monica Campbell. AC stated Ms. Campbell works for the Cochise County Sheriff's Office as a dispatcher. I then spoke with Mr. Brown and he stated by AC and Shylee Chandler gave him the above statement. Sgt. Tartaglia then responded to the scene and he stated an interview needed to be conducted with Mahliya. Mahliya however, stated what AC had said was untrue. It should be noted Mahliya continued to fidget very pronouncedly, would rub her hands harshly and constantly, had dilated pupils, spoke very quietly, and would not make eye contact with either Sgt. Tartaglia or myself.

Mahliya's behavior, in my training and experience, is consistent with individuals who are afraid. Mahliya stated nothing was going on in her home and was concerned because accusations had been made before and they only caused problems. The interview was then terminated. Lt. Morales was then contacted and a short time later Sgt. Tartaglia and I were told to continue the investigation. CPS was then notified. I spoke with Ms. De La Cruz and she stated she does not know of AC or Mahliya ever being in any kind of trouble but did note Mahliya is unusually quiet for a girl her age.

CPS Worker Mary Ann Rivera responded to the scene and proceeded to conduct interviews on AC, Mahliya, and Ariana Campbell due to her living in the same household. AC gave the similar account again, Mahliya stated what AC had said is not true saying her mother knew what the law was and she would not do anything to break it. Ariana was then interviewed by Ms. Rivera and she stated her brother, who she identified as "KC' was made to sleep on the floor. Ariana also stated she did know AC and Mahliya were made to stand in front of cameras naked and stated she knew Mahliya had been pushed during an altercation between Mahliya and Ms. Campbell at approximately 2000 on 12-11-2016.

Ms. Campbell then arrived at the above location and Ms. Rivera 

**Officer Report for Incident 16-32686**                                                        Page 4 of 4

interviewed her.  Ms. Campbell stated Alec was made to sleep on the floor of her and her husband's bedroom because he is sexually attracted to Mahliya and she keeps him under surveillance.  Ms. Campbell stated the multiple cameras in her home are because her children steal things and that she had pushed Mahliya but only because Mahliya had pushed her first.  Sgt. Tartaglia then asked me to exit the room and I was also told to return to Stone Garden Detail duties.  Sgt. Tartaglia later informed me Ms. Campbell would be taking her children home, to not discuss this matter with anyone, and to write this report.



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY
04/02/19