# EXHIBIT 6



# Cochise County Sheriff
Officer Report for Incident 18-25260

**Nature:** DOMESTIC VIOLEN  
**Location:** 3P  
**Address:** ███

**Offense Codes:** DV05, DV07, DV03  
**Received By:** CLRay  **How Received:** T  **Agency:** CCSO  
**Responding Officers:** JCollins CCSO, LTartaglia, AHathaway  
**Responsible Officer:** JCollins CCSO  **Disposition:** EJN 07/30/18  
**When Reported:** 11:40:46 07/21/18  **Occurred Between:** 11:38:51 07/21/18 and 11:38:51 07/21/18

**Assigned To:** JDavidson  **Detail:** GI  **Date Assigned:** \*\*/\*\*/\*\*  
**Status:** PRO  **Status Date:** 10/16/18  **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 49852  
**Last:** Campbell  **First:** Monica  **Mid:** Lynn  
**DOB:** ███  **Dr Lic:** D03666819  **Address:** ███  
**Race:** W  **Sex:** F  **Phone:** ( ) -  **City:** ███

## Offense Codes
**Reported:** TH01 Threatening  **Observed:**  
**Additional Offense:** DV05 Disorderly Domestic  
**Additional Offense:** DV07 Threatening Domestic  
**Additional Offense:** DV03 Assault, Domestic

## Circumstances
MOR Miscellaneous Offense report  
LT20 Residence/Home

**Responding Officers:**  **Unit:**  
JCollins CCSO  C341  
LTartaglia  C411  
AHathaway  C436

**Responsible Officer:** JCollins CCSO  **Agency:** CCSO  
**Received By:** CLRay  **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\*  
**How Received:** T Telephone  **Clearance:** RBS Reviewed By Sgt.  
**When Reported:** 11:40:46 07/21/18  **Disposition:** EJN **Date:** 07/30/18  
**Judicial Status:**  **Occurred between:** 11:38:51 07/21/18  
**Misc Entry:** cmplt  **and:** 11:38:51 07/21/18


COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY 04/02/19

| Officer Report for Incident 18-25260 | | Page 2 of 6 |

| Modus Operandi: | Description : | Method : |
|---|---|---|
| Time of Day | Preferred Time of Day | Day |
| Day of Week | Preferred Day of Week | Saturday |
| Scene | Type of Crime Scene | Single Family Home |

**Involvements**

| Date | Type | Description | Relationship |
|---|---|---|---|

COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY
04/02/19

Officer Report for Incident 18-25260                                                                 Page 3 of 6

---

### Narrative
Cochise County Sheriff Office
#### Synopsis

Complainant stated that her 17 year old son made threats to kill her and his father while being physically and verbally disruptive. Upon arrival I observed Brian Campbell on top of his son, AC holding him down.

Brian stated that his son got into his wife's, Monica, face and began yelling curse words at her and making threats. At this time Brian stated that he tried to grab AC and hold him down. While holding AC Brian stated that a "flashlight taser" had to be used on AC to calm him down.

Brian and Monica have cameras installed in their house, which did record video of this incident. While looking at the camera recording I observed Monica approach AC. At that time Brian is seen punching AC with a closed fist and then getting on top of him pinning him down. I also observed, several minutes later, that AC was struggling while under Brian. At that time Brian is seen using a pink device, identified by Brian as the flashlight taser, on AC.

Because Brain punched AC without any discipline justification, he was charged with:

A. R. S. 13-3601/13-1203 DV Assault.

Alec was charged with:

A. R. S. 13-3601/13-3601 DV-Disorderly Conduct
A. R. S. 13-3601/13-1202 DV-Threatening/Intimidating.

Both subjects were cited and released. Alec was taken to Douglas E. R. for Nursewise evaluation.

******************************************************************

#### Narrative

On 7-21-18 at approximately 1140 hours, I was dispatched to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ reference to domestic violence. The caller, Monica Campbell, advised that her foster son, AC, was threatening to kill her and her husband, Brian Campbell.

Upon my arrival, I entered the house and observed Brian laying on top of AC while holding his head with his (Brian) arm. As I approached Alec began reaching for me with his arm. I then grabbed AC arm as Brian let go and rolled AC on his stomach and secured his hands behind his back with handcuffs. As I escorted AC outside to my patrol unit he stated, "Oh thank God your here; I don't want to be here anymore." I then adjusted the handcuffs on AC by placing my pinky finger between the handcuffs and AC wrist and finally double locked them.

I ask AC what happened and he advised me that when he entered the house he noticed Monica was "giving him a dirty look." AC stated that he then gave Monica a dirty look as well. AC stated that Monica then approached him and got in his face stating, "Do you have something to say?" AC stated that he responded by saying, "Get the fuck out my face." AC stated that afterwards Brian then hit him in the face and threw him on the ground. AC advised that as he tried to get Brian off of him, Brian tased him. I asked AC what he was

**COCHISE COUNTY SHERIFF'S OFFICE**
265
04/02/19
**OFFICIAL COPY**

tased by and he stated it was a flashlight taser. During my conversation with AC he expressed that he did not want to be in the household with Brian or Monica.

After speaking with AC I went inside the residence to speak with Monica and Brian. When I asked Monica and Brian what happened Monica advised me that when Alec entered the house he had an aggressive attitude. Monica stated that she then asked AC, "What?" and he began to make threats to her. Monica stated that when AC began to threaten her, Brian then "took AC to the ground." Monica advised me that while Brian had AC on the ground, AC began to make threats of killing everyone and calling them names. Monica stated that as AC continued to fight with Brian he (Brian) had to use a flashlight taser to calm AC down. Monica stated that after Brian tased AC he then stopped fighting Brian. Monica then stated that she called 911 and waited for a Deputy.

Because of a prior incident [DR#18-00502] with Brian, Monica, and AC I remembered that there are multiple cameras installed inside the house. While speaking to Monica I observed the walls and ceiling of the living room and kitchen, observing a camera in the kitchen corner that was facing the living room. I advised Brian to show me the camera footage of the camera facing the living room.

I recorded the camera footage, with no audio, with my work phone. I advised Brian to narrative what was happening in the video. When Brian started the playback of the video I observed Monica standing closely in front of AC and what appeared to be Brian hitting AC in the head region.

As the video continued, AC is grabbed by Brian as he falls on the couch behind him and is forced to the ground by Brian. Brian is then seen holding AC on the floor. While recording this Brian explains to me that AC stated something to Monica, but he didn't know what it was. Brian then stated that he heard Monica ask AC, "What did you say?" Brian stated he heard AC respond by saying, "Get out of my face you fucking bitch." Brian stated that he saw AC get into Monica's face and he then tried to separate AC from Monica. Brian advised me that when he tried to separate AC from Monica AC began to fight him so he had to restrain AC on the ground. Brain stated that while he restrained Alec on the ground, AC was poking him in his face and trying to "jab" him with his hand. Brian then stated that AC started cursing and yelling at everyone.

While watching the video Brian advised that he is restraining AC for several minutes. I advised Brian to slowly fast forward the playback. Brian then explains that because AC would not stop fighting him, he asked Monica to give him a flashlight taser. In the video I observed Monica go a dark bag and pulled out a pink slender object, described by Brian as the flashlight taser. I observed Monica give the flashlight taser to Brian. Brian states that he then gave AC several verbal warnings that if he didn't stop fighting him (Brian) would use the taser on Alec. Brian then advised me that when AC would not stop he used the taser on him. In the video Brian is seen holding the pink taser with his right hand. Brian is seen moving his hand, with the taser, to AC arm. I then asked Brian why did he punch AC at the beginning of the video. Brian stated that he did not know he hit AC I advised Brian to replay the video from the beginning. Once Brian re winded the video I observed several of the family members walking through the front door into the living room. The last two entering are AC followed by Brian. AC is seen walking around everyone then standing while facing Monica. Monica is seen approaching AC standing directly in his face. Afterwards Brian is seen stepping closer to AC from behind

COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY
04/02/19

Monica. I then observed Brian, in the video, strike AC in the head region with a closed fist. AC is seen falling onto the couch where Brian then grabs him and restrains him on the ground.

I advised Brian that what I witnessed was him striking AC with a closed fist. Brian stated that he was trying to defend his family. I then asked Brian if he felt that it was necessary to used a closed fist against AC and Brian stated that he was trying to grab AC and was only trying to defend his family. I went outside and spoke to AC who stated that we should take him away or he would kill himself. I advised AC that because of his statement I would call Nursewise.

Brian was charged with Domestic Violence- Assault under A.R.S. 13-3601/13-1203. Because AC was being removed from the residence and a parent would have to remain at the house while one went to Douglas Emergency Room with AC, I cited and released AC, as per Sgt. Tartaglia.

I called Nursewise and advised them of the situation and was told by the Nursewise dispatcher to escort AC o the hospital because they had no available
agent in the area. AC was charged with Domestic Violence Disorderly Conduct under A.R.S. 13-3601/13-3601 and Domestic Violence Threatening/Intimidating under A.R.S. 13-3601/13-1202. I then escorted AC to Douglas Emergency Room where he awaited Nursewise Evaluation.

A video taken from my work phone from the point of AC detainment/arrest to the camera video playback was added as evidence. DCS was notified of the incident and advised they would investigate.

End of Report.



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY
04/02/19

## Supplement

Cochise County Sheriff's Office

Supplemental Report
Deputy J. Collins #1733                    Suspect: Brain Christopher Campbell
DR# 18-25260                               D.O.B.:            SSN:
                                  5'11 200Lbs

Charges:
A.R.S. 13-3601/13-3623(A) Domestic Violence - Child abuse
A.R.S. 13-3601/13-3623(B) Domestic Violence - Child abuse
A.R.S. 13-3601/13-1204(2) Domestic Violence - Aggravated assault
A.R.S. 13-3601/13-1204(4) Domestic Violence - Aggravated assault

On 9-7-18 at approximately 2130 hours, I received a signed search warrant from Judge Ambrose for the digital video recorder (DVR) inside Monica and Brian's residence at                                     It should be noted that Cochise County Attorney's Office, Sandy Russell, advised me that they wished to dismiss the misdemeanor domestic violence charges on Brian Campbell and requested I resubmit/pursue the above felony charges. Deputy County Attorney S. Russell advised me that they would like the DVR from the residence as it could contain valuable evidence.

The search warrant was executed by Sgt. L. Tartaglia on 9-8-18, see DR# 18-31719 for more information.

On 9-10-18 at approximately 1804 hours, Sgt. Tartaglia executed a search warrant for the pink flash light taser, see Sgt. supplemental report for more information. End of report.

COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY
                                                                        04/02/19

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**COCHISE COUNTY, JUVENILE DIVISION**
**JUVENILE REFERRAL**

| LAST NAME: Campbell | FIRST: Alec | MIDDLE: | RACE: W | CITIZENSHIP: US | SEX: M | AGE: 17 |
|---|---|---|---|---|---|---|
| A.K.A. | SOCIAL SECURITY (SSN): | | | | BIRTH DATE (DOB): | |

| HEIGHT: 5'8 | WEIGHT: 110 | HAIR: BRN | EYES: BRN | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|

HOME ADDRESS AND MAILING ADDRESS - CITY AND ZIP CODE | HOME PHONE

JUVENILE RESIDES WITH: Monica Campbell | RELATIONSHIP: Guardian
PARENTS/GUARDIAN: Monica Campbell
HOW WERE PARENTS/GUARDIAN NOTIFIED? Guardian called 911
OFFICER: Collins
DATE/TIME: 7-21-18   1146

PARENTS/GUARDIAN ADDRESS - CITY AND ZIP (if different from above) | PARENT'S PHONE | BUSINESS PHONE

JUVENILE'S EMPLOYER | SCHOOL | GRADE

**OFFENSES**

1. DATE: 7-21-18   TIME: 1140
   OFFENSE DESCRIPTION: DV. Disorderly Conduct
   A.R.S. 13-3601 / 2904 / 1202
   POLICE REPORT #: 18-25260
   CONNECT-UP REPORT #: 18-25260
   OFFENSE LOCATION:

2. DATE: 7-21-18   TIME: 1140
   OFFENSE DESCRIPTION: DV Threatening / Intimidating
   A.R.S. 13-3601 / 1202
   POLICE REPORT #:
   CONNECT-UP REPORT #:
   OFFENSE LOCATION:

REPORT IN NARRATIVE FORM DETAILS OF THE OFFENSE AND INVESTIGATIVE FINDINGS, INCLUDING DISPOSITION OF EVIDENCE. LIST AND IDENTIFY ALL PROPERTY AND ADDITIONAL PERSONS INVOLVED AND DETAILS OF OFFENSE(S). ATTACH WRITTEN REPORT WITH COMPLETE DETAILS OF PROBABLE CAUSE IF DETENTION IS REQUESTED.

| SIERRA VISTA | DOUGLAS | BISBEE | BENSON | WILLCOX |
|---|---|---|---|---|
| 100 COLONIA DE SALUD | 640 10TH STREET | 915 TOVREAVILLE ROAD | 126 W 5th Street, Ste. 5 | 450 SOUTH HASKELL AVENUE |
| SIERRA VISTA, AZ 85635 | DOUGLAS, AZ 85607 | P.O. BOX 4219 | Benson, AZ 85602 | WILLCOX, AZ 85643 |
| (520) 803-3200 | (520) 364-4044 | BISBEE, AZ 85603 | (520) 586-8120 | (520) 384-3661 |
| | | (520) 432-5468 | | |

YOU AND YOUR CHILD MUST APPEAR AT THE TIME AND DATE INDICATED | DATE: 8-7-18 | TIME: 900

(1) THAT OTHERWISE THE JUVENILE WILL NOT BE PRESENT AT ANY HEARING; OR
(2) THAT JUVENILE IS LIKELY TO COMMIT AN OFFENSE INJURIOUS TO SELF OR OTHERS; OR
(3) THAT THE JUVENILE MUST BE HELD FOR ANOTHER JURISDICTION; OR
(4) THAT THE INTEREST OF THE JUVENILE OR THE PUBLIC REQUIRE CUSTODIAL PROTECTION; OR
(5) THAT THE JUVENILE MUST BE HELD PENDING THE FILING OF A COMPLAINT PURSUANT TO A.R.S. § 12-501

REFERRING AGENCY: Cochise County Sheriff Office
NCIC:
DATE OF REFERRAL: 7-21-18
NAME OF COMPLAINANT (OFFICER): Dep Collins
OFFICER I.D.: 1733
SIGNATURE OF COMPLAINANT (OFFICER): [signature] 1733

I hereby promise that my child will be brought to the Probation Office specified on the date set above. I understand that in the event my child does not appear on the date, time, place specified the Juvenile Court may issue a warrant for my child's arrest and an Order to Show Cause may be filed requiring me to appear in Juvenile Court to show cause why I should not be held in contempt of court for the failure of my child to appear as promised.

PARENT/GUARDIAN: [signature]   DATE: 7/21/18
JUVENILE: [signature] Alec Campbell   DATE: 7/21/18

PROBATION OFFICER ASSIGNED:
CULTS NUMBER:
REFERRAL RECEIPT DATE:

**COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY**

# COCHISE COUNTY SHERIFF'S DEPARTMENT
## ARIZONA TRAFFIC TICKET AND COMPLAINT



| Complaint No. | SSN | Military | ☐ Accident ☐ Serious Physical Injury | ☐ Fatality | ☐ Commercial ☐ Haz. Material | Agency Use or Report Number |
|---|---|---|---|---|---|---|
| 118061 | | | | | | 18-35060 |

| Driver's License Number | State | Class | | | | | | | Agency Use |
|---|---|---|---|---|---|---|---|---|---|
| D03437190 | AZ | D | M | H | N | P | T | X | D |

Interpreter Required? ☐ Spanish ☐ Other Language

**DEFENDANT** First: Bron  Middle: C  Last: Campbell

Residential Address: ___  Telephone (Cell Phone): ☐
Mailing Address ☐ SAME AS ABOVE  Email Address:

| Sex | Weight | Height | Eyes | Hair | Origin | Date of Birth | Restrictions |
|---|---|---|---|---|---|---|---|
| M | 235 | 5'0 | BRO | BRO | C | [redacted] | |

**VEHICLE**
| Color | Year | Make | Model | Style | License Plate | State | Expiration |

Registered Owner:  Address:  Vehicle Identification Number:

The undersigned certifies that:

| ON | Month | Day | Year | Time | AM/PM | SPEED | Approx. | Posted | R&P | Speed Measurement Device | Direction of Travel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 31 | 18 | 1:38 | | | | | | | |

AT Location:  County: Cochise  State of Arizona  Beat: 3P

The defendant committed the following:

| | Section | ARS CC | Violation | Domestic Violence ☐ | ☐ Criminal | ☐ Criminal Traffic |
|---|---|---|---|---|---|---|
| A | 13-3601/13-1204 | | DV Assault | | | ☐ Municipal Code |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | ☐ Civil Traffic | ☐ Petty Offense |
| B | Section | ARS CC | Violation | Domestic Violence ☐ | ☐ Criminal | ☐ Criminal Traffic |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | ☐ Municipal Code ☐ Civil Traffic | ☐ Petty Offense |
| C | Section | ARS CC | Violation | Domestic Violence ☐ | ☐ Criminal | ☐ Criminal Traffic |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | ☐ Municipal Code ☐ Civil Traffic | ☐ Petty Offense |
| D | Section | ARS CC | Violation | Domestic Violence ☐ | ☐ Criminal | ☐ Criminal Traffic |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | ☐ Municipal Code ☐ Civil Traffic | ☐ Petty Offense |
| E | Section | ARS CC | Violation | Domestic Violence ☐ | ☐ Criminal | ☐ Criminal Traffic |
| | Docket Number | Disp. Codes | Date of Disposition | Sanction | ☐ Municipal Code ☐ Civil Traffic | ☐ Petty Offense |

**You must appear at ▷**
JUDGE: Vildesola
ADDRESS: 1012 N G Ave Suite 237
CITY: Douglas  ARIZONA  ZIP CODE: 85607

Court Number: 0202
Court Phone: 520-805-5610

**At or before the date and time indicated ▷**
Month: Aug.  Day: 7th  Year: 2018  Time: 900 AM/PM

CRIMINAL ☐ Without admitting guilt, I promise to appear as directed hereon.
CIVIL ☐ Without admitting responsibility, I acknowledge receipt of this complaint

VICTIM? ☐   VICTIM NOTIFIED? ☐
TEN-PRINT FINGERPRINT ☐ Yes ☐ No

X _____

I certify that upon reasonable grounds I believe the defendant committed the above violations and I ___
Dep. ___  Officer ___  Number: 753

Agency Use

**COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY**