# EXHIBIT 13

**Davidson, Jesus A**

**From:** Nelson Moreno <nmoreno224488@gmail.com>
**Sent:** Wednesday, April 3, 2019 8:27 AM
**To:** Davidson, Jesus A
**Subject:** Fwd: DR#16-32686

Sent from my iPhone

Begin forwarded message:

> **From:** Nelson Moreno <nmoreno224488@gmail.com>
> **Date:** July 25, 2017 at 14:00:16 CDT
> **To:** "Farris, Sam" <SFarris@cochise.az.gov>
> **Subject: Re: DR#16-32686**
>
> Sir,
>
> I have always appreciated your candor. However, my concern came from what I saw in the kids' reaction (there are recordings of the interviews) and what I was told by their classmates, teachers and school counselor. I did mention DCS came out the same day and they were involved in the interviews. I was told DCS would come out a week later for the home inspection. If they came out the next day then I was not aware of it as I was told to drop the matter and investigate it no further. To be clear, this is why I did not continue investigating. I was already dealing with enough at the time.
>
> Also, DCS is not a law enforcement agency and therefore is not a criminal investigation agency. Sgt. Parker expressed a different opinion to me, stating Sierra Vista PD should've been involved. I cannot say why he did not tell you the same. If you believe this was a retaliation against Sgt. Tartaglia, I can assure you that it's not. But you don't have to believe me. Time will tell. I do wish you all the best as well.
>
> Respectfully,
> Nelson Moreno
>
> Sent from my iPhone
>
>
> On Jul 24, 2017, at 4:41 PM, Farris, Sam <SFarris@cochise.az.gov> wrote:
>
>
>
> -----Original Message-----
> From: Farris, Sam
> Sent: Monday, July 24, 2017 4:38 PM
> To: Moreno, Nelson
> Subject: RE: DR#16-32686



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

1

Nelson,

I have looked into this matter. Although it occurred over six months ago, I've been able to gain an understanding of events. I've spoken with all of the supervisors involved as well as Sgt. Parker to ascertain if there was any concern on their part regarding this investigation. There were none. I've also reviewed the DCS report, in which they determined the allegations to be unfounded. It is my understanding that DCS came out the day of the incident and then again on the following day for a home visit. They did not wait until a week later, as you said. Additionally, please be aware that Sergeant Parker has no concerns over the way this matter was handled, contrary to what you said.

We've always had direct and mutually respectful dialogue. I will continue in that vein and hope that you receive my remarks in that spirit. The Department of Child Safety is an independent investigatory agency. They are independent of the CCSO, with the exclusive responsibility to investigate these matters. They conducted and completed an investigation. The DCS investigator determined the allegations to be unfounded. If you had serious objections to the way Sgt. Tartaglia was handling this situation, I think that you should've utilized the chain of command and spoken to your Lieutenant. Instead, you dropped this matter on my desk on your last day with the agency, as you leave the state. I am left with the impression that your complaint is more of a retaliation toward Sgt. Tartaglia than out of concern for someone's welfare.

Moving forward, you have an opportunity to build a new and exciting career in a new location. I wish you well.

Best regards,


Sam Farris
Operations Commander
Cochise County Sheriff's Office
205 N. Judd Drive
Bisbee, AZ 85603
(520) 432-9506



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

-----Original Message-----
From: Moreno, Nelson
Sent: Tuesday, July 18, 2017 3:22 PM
To: Farris, Sam
Subject: DR#16-32686

Sir,

The matter began when I was called to Valley Union because Mr. Brown, who is the school's counselor, suspected there was something wrong with one of his students. He told me he believed what the student was saying and I talked to him. He was a C_. He was saying he didn't want to go home because he didn't want to be punished. He said he was made to sleep on the floor and that he was made to stand naked in front of security cameras. He said he suspected someone was watching but couldn't say for sure.

He said his sister, Mahliya had it worse than he did because it would happen to her more often and would be struck by his mother. He said the night right before the interview, his mother had pinned Mahliya against the wall because his mother was unhappy with her. I told him I would talk to her but he stressed she wouldn't say anything because CPS had been called before the and they didn't do anything. He said she felt like her mother won and had no way out. He said his mother worked for the Sheriff's Office in Bisbee as a dispatcher. Monica Campbell.

I called Sgt. Tartaglia to tell him we needed to contact another agency as this was a very clear conflict of interest. He agreed and he told me he called Lt. Morales. Sgt. Tartaglia said he was told we were to continue the investigation. I kept objecting but was overruled. We brought Mahliya in but she said everything was okay and OC was making everything up. She was highly, highly nervous. To the point she wanted to cry just by us asking her if she was okay. She didn't say much else.

Sgt. Tartaglia called CPS and the case worker talked to OC and Mahliya and got the exact same answers we did. The worker also interviewed the younger sister who is a special needs child. She confirmed OC statement. She said they were made to sleep on the floor and be naked in front of security cameras. I called and asked about security cameras to other dispatchers and I was told there were many cameras all over the house. Enough to make visiting dispatchers uncomfortable. If you need names, I can speak over the phone. I told Sgt Tartaglia again we had to pas the investigation to another agency but I received the same reply. We were to continue with the investigation.

COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY 321

3

While the case worker was finishing up her interviews I was speaking to Ms. Reyna and she was saying AC and Mahliya are not the type of children to cause problems and she and several other teachers often worry about Mahliya in particular because she's unusually quiet. I asked Sgt. Tartaglia how we were supposed to go about acquiring search warrants and proceed, as that is what we would normally do. He said CPS needed to interview Ms. Campbell. I was present in the room while part of the interview was being done. Ms. Campbell said the cameras were only for security and she had pinned Mahliya against the wall because she was being disorderly. Mahliya is not a very big child. Maybe 100 lbs, being generous.

Sgt. Tartaglia told me to leave the room because Ms. Campbell hadn't been Mirandized. I left and again objected to us investigating the matter. I was told by Sgt. Tartaglia that CPS would investigate the matter and would conduct a home visit several days later in the week. That afternoon I contacted CPS about the previous time AC spoke about to see what the report was. CPS told me that several years before the above incident, Mahliya showed up to school with a bruise on her cheek and told her friend she had been punched in the face by her mother. Her friend told her father and he called CPS. CPS reported however, that the allegations were unfounded. They said that Ms. Campbell told them Mahliya had ran into a door while wearing binoculars.

I checked for follow up reports but never saw any. Let me know if you need anything else from me.

Nelson Moreno

COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY