# EXHIBIT 14



# Cochise County Sheriff
Officer Report for Incident 18-41899

| | |
|---|---|
| **Nature:** INFORMATION | **Address:** Douglas |
| **Location:** GINV | |

| | | |
|---|---|---|
| **Offense Codes:** M047 | | |
| **Received By:** CMerrill CCSO | **How Received:** O | **Agency:** CCSO |
| **Responding Officers:** JDavidson | | |
| **Responsible Officer:** JDavidson | **Disposition:** ACT 12/03/18 | |
| **When Reported:** 09:03:14 12/03/18 | **Occurred Between:** 09:02:47 12/03/18 and 09:02:47 12/03/18 | |

| | | |
|---|---|---|
| **Assigned To:** JDavidson | **Detail:** GI | **Date Assigned:** \*\*/\*\*/\*\* |
| **Status:** ACT | **Status Date:** 12/03/18 | **Due Date:** \*\*/\*\*/\*\* |

**Complainant:** 9973
- **Last:** Cochise County Sheriff  **First:**  **Mid:**
- **DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:** 205 N Judd Dr
- **Race:**  **Sex:**  **Phone:** (520)432-9500  **City:** Bisbee, AZ 85603

## Offense Codes
**Reported:** M047 Information  **Observed:**
**Additional Offense:** M047 Information

## Circumstances
LT20 Residence/Home
MOR Miscellaneous Offense report
FTING Forward to Investigations Gene

**Responding Officers:**    **Unit :**
   JDavidson                C7D44

| | | |
|---|---|---|
| **Responsible Officer:** JDavidson | **Agency:** CCSO | |
| **Received By:** CMerrill CCSO | **Last Radio Log:** \*\*:\*\*:\*\* \*\*/\*\*/\*\* | |
| **How Received:** O Officer Report | **Clearance:** RBS Reviewed By Sgt. | |
| **When Reported:** 09:03:14 12/03/18 | **Disposition:** ACT **Date:** 12/03/18 | |
| **Judicial Status:** | **Occurred between:** 09:02:47 12/03/18 | |
| **Misc Entry:** Sgt T Parker | **and:** 09:02:47 12/03/18 | |

**Modus Operandi:**    **Description :**    **Method :**



295

COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19

Officer Report for Incident 18-41899                                                                                    Page 2 of 18

## Involvements

**Date**         **Type**         **Description**                                              **Relationship**

COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY   04/02/19

## Narrative
CCSO DR# 18-41899

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
1) CCSO Records

VICTIM(s):
1) Mahliya Campbell

SUSPECT(s):
1) Monica Campbell
2) Brian Campbell

PERSONS MENTIONED IN THIS REPORT:
Detective Juan Carlos Hoke, Cochise County Sheriff's Office
Investigator Robert Denney, Department of Child Safety Office of Child Welfare
Sergeant Tal. Parker, Cochise County Sheriff's Office
    AC        , Victim
    KC        , Victim
Mahliya Campbell, Victim

NARRATIVE:
    On 11/27/2018, I, Detective J. Davidson, received an e-mail from Sgt. T. Parker requesting me to investigate the allegation of misconduct by Brian and Monica Campbell on their children. These allegations were brought forth by the Department of Child Safety (DCS) Office of Child Welfare Investigations (OCWI), more specifically Investigator Robert Denney.

    I made telephonic contact with Mr. Denney informing him I would be the Detective assigned to this case. Mr. Denney provided me with a DCS report. The report states the following: "Mahliya (Campbell) reported that the children were made to stand naked in the middle of the house as a form of discipline. They would be hit with a wooden stick leaving bruising on their buttocks. She was made to sleep in her parent's bedroom naked with ?      AC    .) and KC,
     as a form of discipline. Mother (Monica Campbell) and Father (Brian Campbell) once withheld food from  AC   ,  KC and herself for 3 (three) days. Mother and Father would make the children stand up for long periods of time.  She indicated that all of the adopted children in the home would receive this type of discipline. Each time DCS responded to the home previously the children were coached on what to say. KNOWN".  DCS Investigator Robert Denney. Refer to the attached DCS report for further information.

    On 11/30/2018, I attempted to contact Mahliya Campbell, at the address of                                      . AZ.  I was informed Mahliya wasn't home, I left my business card with Bruce Tassin Jr.

Shortly thereafter, I received a telephone call from Bruce Tassin Sr. I informed Mr. Tassin, I was currently driving and would call him back.

    I later met with Mr. Denney at the Douglas Sheriff's Office Substation, as this is where my office is located.  (Note: I was accompanied by Detective J. Hoke).  While at my office, I contacted Mr. Tassin via telephone.  Our conversation was recorded via audio.

    During our conversation, Mr. Tassin began to explain his son, Bruce



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY

263

04/02/19

*Officer Report for Incident 18-41899*                                                                              *Page 4 of 18*

Tassin Jr. went to high school (Valley Union High School) with Mahliya Campbell. Mr. Tassin said his son (Bruce Jr.) mentioned to him she had been having problems at home. Mr. Tassin told me one day she (Mahliya) knocked on his door asking to spend the night. Mr. Tassin said his son (Bruce Jr.) briefly explained to him Mahliya was in an abusive household.

    Mr. Tassin said he went to the school the following day to speak with them (School). Mr. Tassin said they (Valley Union High School) gave him basic information. The information provided to Mr. Tassin was that the Valley Union High School contacted the Department of Social Services on four (4) to five (5) different occasions. Mr. Tassin said every time they (DCS) went over there (Campbell's residence) the kids would lie.

    Mr. Tassin said he spoke with Mahliya and she explained they were scared; using the example, what's going to happen to me when I get home. Mr. Tassin said his wife and he agreed to give Mahliya a place to stay and has since been there (Mr. Tassin's residence) for eight (8) months.

    Mr. Tassin said Mahliya exhibited things as an abused kid. He explained she had no feelings, never shed a tear and never expressed herself in the manner a young female should be expressing herself.

    Mr. Tassin said he ran into Brian Campbell at the Double Adobe Store and Brian had three younger kids with him. Mr. Tassin said the kids were standing behind him at attention and found that to be weird. Mr. Tassin said the kids asked him if what he was buying was for supper. Mr. Tassin told me Brian said no, he was going to cook it and feed it to the cows. Mr. Tassin said Brian told Jerry, the store owner, how would you like to have a bunch of leeches? These are just leeches that just leech off him.

    Mr. Tassin said he and his wife have noticed weird things that didn't add up, such as regression for Mahliya's age. Mr. Tassin explained Mahliya sometimes acted as though she was fourteen (14), fifteen (15) and sixteen (16) year of age. Mr. Tassin said Mahliya wasn't able to speak about her feelings.

    Mr. Tassin explained he and his wife decided to meet this head on and said they have eight (8) kids and seventeen (17) grandchildren. Therefore, they have been through a lot of stuff.

    Mr. Tassin explained it was decided that Mahliya needed help. Mr. Tassin said they put Mahliya in counseling. Mr. Tassin told me, things have been unfolding such as, Mahliya told him she had a brother, named HC who did something violent to get out of there.

    Mr. Tassin said Mahliya found out that a lady from Child Protective Services was going to come to see her at which point she started regressing. Mr. Tassin told me, all the work they had been doing with her, and she now started going back to old habits, not telling the full story. Mr. Tassin explained they taught her about omission, lying by omission.

    Mr. Tassin stated that Mahliya was sleeping with her clothes on. Further explaining that Mahliya sleeps with her clothes on because they had cameras in her bedroom. Mr. Tassin said Mahliya told him and his wife, they have had a camera in her bedroom since she was sixteen (16) years old and used to have to get dressed in her closet. Mr. Tassin said if Mahliya was in the closet too long the momma would run in there and yank her out of there.

    Mr. Tassin told me the second night there, Mahliya grabbed her blanket,



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19

he stated she was eighteen (18) years old, and crawled into the bed between him and his wife. Mr. Tassin said he was like "whoah". Mr. Tassin explained they let her stay there and the following morning they sat down to talk to her (Mahliya). Mr. Tassin said Mahliya told them that many times she was forced to sleep on her parent's (Campbell) bed. Mr. Tassin told me he asked Mahliya if they ever let her crawl into their bed and/or comfort you? Mr. Tassin said Mahliya told them no.

Mr. Tassin explained yesterday a DCS caseworker (DCS lady) spoke to Mahliya. Mr. Tassin said the DCS caseworker told Mahliya that she didn't think the Campbell's would let her (Caseworker) see the kids as she requested. Mr. Tassin told me that the caseworker requested Mahliya to get with Brandon, her brother, to find out what went on in the house. Mr. Tassin said Mahliya then broke down.

Mr. Tassin said Mahliya told him she was made to stand naked in front of them. I asked Mr. Tassin if she disclosed how many times this occurred. Mr. Tassin replied, quite a few. Mr. Tassin explained Mahliya was accused of cutting her mom's clothing and trying to kill her. Mr. Tassin said he asked Mahliya who the instigating party was? He said Mahliya told him her mother. Mr. Tassin told me Mahliya said to him that her dad would just not say anything explaining to him her dad was 'balls less' against her mother and he just did what he was told.

Mr. Tassin said Mahliya was made to dig a four (4) by four (4) foot hole five (5) feet deep. Mr. Tassin also said Mahliya was made to run until they almost passed out because neither of them would admit to breaking something in the house.

Mr. Tassin advised he would speak with Mahliya about speaking to me and would call me back.

Shortly thereafter, Mr. Tassin called me back and informed me Mahliya was willing to speak with me. I scheduled an interview for Monday, December 3, 2018, at 1300 hours.

This is a summary of the interview with Mr. Tassin, refer to audio recording for further details.

On Saturday, December 1, 2018, while I was off duty, Mahliya contacted me via my work-issued cell phone telling me she would not be able to assist in this case but wished me good luck.

STATUS: Pending

Evidence: All Audio and video will be entered as SEALED evidence once case is complete.

REPORT GENERATED BY:
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker


COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19

## Supplement

CCSO DR# 18-41899

SUPP# 1

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
- CCSO Records

VICTIM(s):
- AC

SUSPECT(s):
- Monica Campbell
- Brian Campbell

CHARGE(s):
- Child Abuse

PERSONS MENTIONED IN THIS REPORT:
- P FTC,
- Canyon State Academy
- Det. Hoke
- Brian Campbell
- Monica Campbell
- Robert Denney (OCWI)

NARRATIVE:
     During a telephone conversation, AZ Office of Child Welfare Investigations(OCWI) Robert Denney, informed me AC . Monica, and Brian Campbell's adopted son was currently at                                    AZ. I made an arrangements with AC Case Manager Letisha Johnston to meet with AC at

     On December 6, 2018, at approximately 1055 hours, Detective Hoke and I conducted an interview with AC at the                       Below is a brief summarization of the interview. Refer to video/ audio recording and transcription for further details.

-  AC said he has spoken to Mahliya one time for approximately twenty (20) minutes and the conversation was about, how you are doing and why he was there. Later saying that three (3) people were listening to the conversation.
-  AC was asked if he liked it better there or at the Campbell's? He replied; Here '
-  AC advised that he has gained weight, explaining that when he came in he was 122 lbs and he is now 133 lbs.
-  AC described the environment at the Campbell's as stressful.
-  AC told me there were some things going on there that were abusive and said he has tried to explain it to other people, but no one would listen.
-  I asked AC to explain the word he used "abusive"? AC told me, nobody believed him and every time he was called a liar. AC further said it happened approximately four (4) times.
-  AC said he has called DCS (Department of Child Services) but nothing has happened, he explained it was because his other family members, never said anything.
-  AC said most of the abusive treatment was geared towards his




COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY    04/02/19

biological sister Mahliya.
- AC told me Mahliya 'left' when she was eighteen (18)- 'since she couldn't just let it happen'. He advised that this was the reason he was so angry.
- AC said she (Mahliya) was getting hit and he has seen her get 'choked up against the wall' by Monica.
- AC told me he has seen her hair get pulled.
- AC said that I wasn't going to believe him. That my co-worker (Monica Campbell) could do something like that because I see them every day, but that I don't know how they are at home. AC later stated that Monica no longer works for the Cochise County Sheriff's Office.
- AC was asked what has he seen her (Monica Campbell) do? He had stated that Monica choked her (Mahliya) up against the wall? AC advised, 'this happened one time'.
- AC stated that he has seen her (Mahliya) get hit and stuff.
- AC explained that Monica was yelling at Mahliya for something, because Mahliya didn't do something, then it just escalates.
- AC told me is he is getting bigger and wasn't really scared of them any more, that they were becoming scared of him.
- AC said he was standing up for his sister.
- AC said he questioned Mahliya on why she didn't say anything to DCS and she told him it was because she couldn't do that.
- AC said the first time she said it was because she didn't want to get taken away. AC told me that's what the other kids said as well.
- AC said he didn't know why she was so scared, saying "it's, they can't hurt her anymore".
- Referring to the taser incident, AC said they made everyone watch that, saying they made somebody go get a taser- "like I was a little show for them".
- AC explained everybody, all of the family, was there sitting on the couch 'watching me like it was a show'.
- AC said after Brian hit him, he (Brian) restrained him on the ground.
- AC told me that they made it sound like he was some crazy, mental, angry "dude" all the time.
- AC said he is was trying to get away from all of this and just trying to live his life.
- AC was asked if he was taking any medication? He replied, "No, I'm not taking any medicines".
- AC explained after getting tased, Brian started kissing him on the cheek. AC also explained that the reason he got tased was because he cussed at Monica and because he was almost out of the restraint. AC said he (Brian) was on top of him, he wasn't even struggling because it was useless as he is like four hundred (400) pounds and he (AC) was one hundred and twenty (120) pounds.
- AC said he can't see people get hurt like that and not do anything about it.
- AC informed me that whenever he was there (Campbell home) he could hear KC screaming at the top of his lungs in his room. AC stated that he wanted to go in there so badly but knew he couldn't do that.
- AC was asked what he thought was happening in there? He said, 'obviously he was getting hurt badly because he was screaming'.
- AC was asked- as though he was getting hit? AC replied that he has seen him get hit before, has seen his eye get blackened, he saw his lip get purple and that Monica has hit him so many times his nose bleeds. AC explained- "Brian doesn't do it that much but still does it". "He like, follows her orders".
- AC was asked, what is the worst thing he has seen with his own eyes




04/02/19

and not what he's heard? Alec explained, 'this happened twice as a group and one time with me, and one time with Mahliya'. AC said they had to 'stand naked' in the kitchen. Later stating- 'they were all standing next to each other'.
- AC was asked how many kids? He said, 'KC Mahliya, BC and him'.
- AC was asked why they were made to stand nude? He replied, 'they got in trouble. it was weird punishment'.
- AC stated that they would tell them- "take your clothes off".
- AC told me that Monica said, "take off your clothes, hand'em here".
- AC states, 'and then she just watched'.
- AC explained that the worst part was that his brothers and sisters were standing naked next to him and 'he didn't want to see her, and she didn't want to see him'. He stated, "brothers is kind of different but still nasty".
- AC described that there is a carpet/rug in the kitchen, saying that he had to stand there twice. He described, one time he was naked for like five (5) ten to (10) minutes. AC advised that there are cameras in the house (Campbell residence) so that should have been recorded. AC said, they got new cameras a few years after.
- AC said, 'the cameras are there and that's why he hates cameras'.
- AC explained, 'the next time they were given trash bags after a few minutes' (ordered to stand naked).
- AC was asked why trash bags? He replied, 'to wear like clothing because they weren't able to have real clothes'.
- AC stated that the first time they made him take his clothes off he was thirteen (13) years old.
- AC stated, "it was twice and both times it was in the kitchen on the rug".
- AC explained that on one occasion she (Monica) threw him out of the house nude, that he had to hide near a brown table with chairs and red pillows because he didn't want passing cars to see him.
- AC said 'Mahliya getting choked'- 'happened in Brian and Monica's room'. He explained, it was the only room without cameras and a lot of things were happening in there.

This concluded the interview with AC

STATUS:
Active, pending prosecution

ATTACHMENTS:
1) Transcript of interview  AC

REPORT GENERATED BY:
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker





COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY 04/02/19

## Supplement
CCSO DR# 18-41899

SUPP# 2

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
- CCSO Records

VICTIM(s):
- BC
- V  KC
- Ariana Campbell

SUSPECT(s):
- Brian Campbell
- Monica Campbell

CHARGE(s):
- Child Abuse

PERSONS MENTIONED IN THIS REPORT:
- Robert Denney
- Reyna De La Cruz
- Monica Campbell
- Brian Campbell
- BC
- KC
- Ariana Campbell

NARRATIVE:
　　　On December 14, 2018, at approximately 0940 hours, I met with the Department of Child Safety (DCS) Office of Child Welfare Investigator (OCWI) Robert Denney at the Elfrida High School located at 4088 W Jefferson Rd., in Elfrida, AZ. Note: This is where BC, KC, and Ariana Campbell attend school.

　　　There, Mr. Denney and I met with the Secretary of the school (Valley Union High School) Reyna De La Cruz. Ms De La Cruz was advised that we were there to conduct interviews with the above-mentioned children. Refer to audio/video recordings and transcripts for further details of the interviews.

　　　Shortly thereafter, Mr. Denney and I conducted an interview on BC. Below is a brief summary of the interview:

- BC identified living with his mom, Monica Campbell, and dad, Brian Campbell.
- BC was asked what he likes most about his dad and he replied, "he's very calm, I guess, but if my mom is mad he will go along with it" and made it obvious that it is not a big deal".
- BC was asked to give the top three (3) things he likes about his dad and he explained he doesn't hold grudges very much and when he gets mad he isn't rude.
- BC said his mom gets mad over the dumbest things.
- BC explained grounding to be sitting in their bedroom doing nothing.



**COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY**

04/02/19

- BC was asked what happens when you have to go to the bathroom he replied, "we have to ask, sometimes they say yes".
- BC was asked what happens when they say no, and he said we don't go until they say.
- BC said one time she made his brother, KC pee in the litter box. BC said this incident occurred this month, approximately three (3) weeks ago.
- BC explained CPS had already been called, but because of her position at work, she knows all the Deputies and the Director at SEACOM, she feeds them endless lies.
- BC said there have been a lot of incidents that have happened that were illegal, but when CPS gets called they get the worst CPS Agent in the whole world.
- BC explained when CPS leaves they get in a lot of trouble.
  BC explained the second time CPS got called, Mahliya called and he and KC told them what happened. 'She' got a baseboard and hit them over a hundred times and their butts were purple and black. He explained this incident happening over a year ago.
- BC said the next time CPS got called they had to stand naked in the living room with their hands up for approximately five (5) to six (6) hours.
- BC was asked, if his mom found out he was talking to Mr. Denney today, what would happen? Brandon said, she hasn't really hit me in a while but she is kind of unpredictable.
- BC was asked if he was scared to go home? He said, "if she finds out, yeah".
- BC was asked to explain what would happen if she found out? He explained there would be physical abuse but mostly emotional abuse.
- BC said, "dad knows, everything that is happening is stupid".
- BC explained, one time he didn't bring his jacket home from school because he left it in his locker and he told her "mom, I accidentally left my jacket in my locker", he said she told him, 'you what', he replied, "I left my jacket at school. He said she told him, 'you say that as if you are laughing'.
- BC said his mom stood up and he told her, why are you getting mad it's just a jacket. He told me, 'she' smacked him and pushed him into the bed, he fell over, she got on top of him, holding his throat. He explained that she does a thing where she sits on you for a long time until you stop.    made a hand gesture towards his neck, demonstrating how he was being choked.
- BC was asked if he was free to breathe? He said yes, but was not free to move.
- BC was asked if he ever fights back and he replied, "yes, but they tase you". He said they have done this once to him and once to his brother.
- BC said he was tased approximately four (4) months ago before Alec left, explaining he was on the ground when his dad hit him on the ribs and then tased him.
- BC explained, when police get called she tells them to look at the cameras, he said she takes them into her bedroom for punishment where there are no cameras.
- BC was asked what he thought KC would say? He replied, probably nothing because he doesn't want to go back to a group home.
- BC was asked about a time he had to sleep at the foot of his mom's bed? BC said yes, but didn't remember what happened. He said some of them had to sleep with only their underwear. He said they stayed there for a couple of months. BC said during that same time period some of them weren't allowed to eat for three days. He said when they finally got to eat, they had a banana.

COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19

- BC was asked why they didn't feed him? He said, because they like taking our food away.
- BC was asked what he liked about his mom, and he replied, nothing. He said she has two sides. He also said he doesn't like how she uses her position at work to get out of things. He gave an example: one time when DCS was over, she told them, 'you know nothing is happening, you talked to all the people at my work'.
- BC was asked what he would change about his dad? He said, he knows things aren't what they should be.
- BC was asked what he would change about his mom? He said, he wished she didn't resent him. He explained, she told him, 'all adopted people do is ruin people's lives'.
- I asked BC, you said they hit you on the butt with a baseboard on his buttocks and it turned black and blue, when was that? He replied approximately two (2) years ago before Christmas and before a DCS investigation. He explained his happened between one and a half (1 1/2) to two (2) years ago and he was in the 6th grade.
- BC said it was two (2) times. One happened in sixth (6th) grade and the other happened in eighth (8th) grade. BC said the one he is explaining happened in eighth (8th) grade and said the first one, wasn't as bad.

- I asked BC who made KC urinate in the litter box and he said his mom, Monica. I asked him if that was three weeks ago, and he replied yes.
- I told BC that he said they sit on him. I then asked who sits on him? He said both Brian and Monica. He said mostly it's mom yelling at us and she tells dad to do it. He explained they sit on his chest. I asked him when the last time was? He said three (3) weeks ago. He said he was unable to move. I asked him if he could breathe? He said, kind of. I asked him how many times a year this occurs? He said, it happens four (4) times a month.
- I asked BC about the tasing incidents and asked if he got tased or somebody else? BC said to him, happening approximately four (4) months ago on his knee, pointing to his right knee.
- BC described the taser to be a cylinder, flashlight, two silver things over the lens.
- BC explained it hurt and stunned him.
- I told BC he said he was made to stand nude, asking him what part of the house? He said, in the kitchen and dining room.
- BC said they were told to take off their clothes while being yelled at. He explained they, AC KC, Mahliya, and he covered themselves. He said they were standing side by side and this happened for approximately three (3) to four (4) hours.
- BC said he had been grounded for four (4) years. Explaining if he is not working he is in his room. He said he is not allowed to leave his room unless told to.
- BC said they eat dinner as a family, then we get the leftovers after they are done. He said everybody sits at the dinner table except for him and KC.

Mr. Denney and I then conducted an interview with KC

- KC was asked if he knew why we were talking to him and he said, because Brandon lies.
- KC said his brother got sent away because he was being very violent, rude and threatened to kill them all.
- KC said once he was going to punch his mom and his dad pushed him out of the way because he had his hand raised, fist and all. Kyle said Alec started to fight back.



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY

04/02/19

- KC said his dad got him on the ground and held him trying to calm him down.
- KC explained HC became violent again, kicking dad. He said after an hour of kicking dad and elbowing him in the face, dad tased him.
- KC said nobody else has been tased in the house.
- KC denied having to stand naked and said they had cameras.
- KC said they had to stand with their arms up and recalls the last time when he was thirteen (13).
- KC was asked if anybody has had to stand with their arms up without clothes on? He said, no.
- KC said if he breaks a rule and it was bad, you get grounded for approximately one (1) week.
- Without asking, KC said they get their food and water every day.
- KC was asked, when he is grounded what does he do when he has to go to the bathroom? He replied, we just go.
- KC said he used to get spanked but not anymore. He explained he used to get spanked with a belt and by a wooden paddle. He said it happened approximately five (5) years ago when he was ten (10). He said he really didn't remember it but he messed up really bad.
- KC said when he was in 4th grade he kicked BC and he got spanked on the butt with the paddle and grounded. He explained that he was hit three times and he had a bruise.
- KC was asked about having to pee in the cat litter box. KC explained he said he needed to pee and was told by his dad to use the cat litter box because he was going to have to wait because someone was already in there. He said he waited for five (5) to ten (10) minutes. KC said this incident occurred two (2) to three (3) months ago.
- KC said he got in trouble for not using his big jacket and was told to go to bed.
- KC was asked what happens to BC when he gets in trouble and he replied the same thing, but he didn't get paddled.
- KC was asked what is going to happen when his mom finds out that he talked to us? He said, she is going to yell at us.
- KC was asked, where does the discipline take place? He responded in their room, they don't make it public unless I scream and yell for everyone else to hear it.
- KC said sometimes when he gets punished in his parent's bedroom Jade and Jessie see it, but they only yell when they're in there. He said if he freaks out on them then his dad will get him on the ground and hold him down trying to calm him down. KC described it as him lying down flat and dad gives him a hug placing his arms around his back. KC said he doesn't like that.
- KC said he was free to move if he says he was sorry, but if his dad hugs him too hard he tells him "you're doing it too hard" and he loosens it.
- KC said the last time he did it was approximately one (1) year ago. KC explained it to be an accident.
- KC explained his dad to be funny, nice, friendly and knows how to be a dad.
- KC explained his mom to be nice and if someone does something wrong she will find out.
- KC explained he feels safe at home because they are very protective and loving.

Lastly, Mr. Denny and I conducted an interview on Ariana Campbell.

- During the interview, I felt Ariana being closed off therefore, I left the room.
- Ariana explained, her mother to be nice, smart and gives them a lot



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY   04/02/19

of things.
- Ariana explained her dad to be very nice.
- Ariana said she takes medication for her behaviors and fits.
- Ariana confirmed that ΘC, KC, AC, and Mahliya had to stand between the kitchen and the living room without clothes. She said she saw them one time.
- Ariana said she has never had to stand in one spot with her arms up and has not seen any of her siblings doing that either.
- Ariana said she has never been spanked and that her parents are very nice.
- Ariana said every room has cameras except for the living room, her bedroom, and her mom and dads bedroom.
- Ariana said she saw the tasing incident but doesn't remember what happened.
- Ariana said she has never gone to bed hungry and said they always get to eat.

This concludes the interviews.

It was decided by The Department of Child Safety Office of Child Welfare Investigations Robert Denney that ΘC, KC and Ariana would be temporarily removed from the Campbell home. Mr. Denny requested I remain with him until the children left the campus. ΘC, KC, and Ariana were then told they would be removed from their home. KC responded as to why and appeared upset.

Shortly thereafter, I left the school.

**STATUS:**
Active

**ATTACHMENTS:**
1) Audio recordings of ΘC, KC, and Ariana
2) Video recordings of ΘC, KC and Ariana entered into evidence

**REPORT GENERATED BY:**
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY

04/02/19

## Supplement
CCSO DR# 18-41899

SUPP# 3

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
- CCSO Records

VICTIM(s):
- Mahliya Campbell
- J AC
- B BC
- KC

SUSPECT(s):
- Monica Campbell
- Brian Campbell

CHARGE(s):
-Child Abuse

PERSONS MENTIONED IN THIS REPORT:
- Robert Denney
- Monica Campbell
- Brian Campbell

NARRATIVE:
　　　On December 18, 2018, at approximately 1044 hours, Robert Denney (OCWI) and I met with Monica and Brian Campbell at the Douglas, Cochise County Government Complex. The below mentioned is a summary, refer to audio/video recordings for further details.

　　　There, we first met with Monica Campbell. As Monica sat down on a chair, I asked her how she was. She replied, "good, I have to apologize, I don't feel very good". I pointed out a trash can to her and told her if she needed meds, I would give them a call.

　　　Mr. Denney explained to Monica that there has been a joint investigation with The Office of Child Welfare (OCWI) and Law Enforcement. I read Monica her Miranda Warnings. Monica said she had an attorney that told her not to talk to me. Monica asked me if she could ask her husband, at which time I told her yes.

　　　Monica returned to the room and said her attorney would need to be present. Monica provided Mr. Denney and I with her attorney's name and telephone number. I asked Monica if she could call Brian in.

　　　Brian was informed that the Department of Child Safety (DCS) was conducting an investigation and I was brought to assist. Brian was read his Miranda Warning at which time, he did not wish to speak with me.

　　　This concludes the interviews.

STATUS:
Active



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY

04/02/19

ATTACHMENTS:
1)	Audio recording of Monica and Brian Campbell
2)	Video recording of Monica and Brian Campbell

REPORT GENERATED BY:
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker




COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY     04/02/19

## Supplement

CCSO DR# 18-41899

SUPP# 4

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
- CCSO Records

VICTIM(s):
- ! BC
- KC

SUSPECT(s):
- Monica Campbell
- Brian Campbell

CHARGE(s):
- Child Abuse

PERSONS MENTIONED IN THIS REPORT:
- Roseanna Henderson
- Det. Todd Borquez

NARRATIVE:
   On December 19, 2018, at approximately 1257 hours, Det. T. Borquez and I met with Roseanna Henderson, manager of _____ AZ. (Note: _____ is where BC and KC had been temporarily placed). This was regarding, the information I received that KC had told Roseanna he was glad to have had been taken out of the Campbell residence.

   I asked Roseanna about the comments made to her from KC. Roseanna said they (KC and BC were in there together, so they said it at the same time. Roseanna said they began talking about the abuse. Saying how they were abused daily. I asked Roseanna if they told her how they were abused. She replied, "yes, the one that got me was that they were being tased". Roseanna said they were very specific on where they were being tased. Roseanna said they were being tased on their knees, elbows and the side of their face. I asked Roseanna if both described that to her. Roseanna replied yes.

   I asked her if they (BC and KC told her when this had taken place and she replied no. Roseanna said she really didn't ask as they were speaking out about it. Roseanna told me they BC and KC said they were happy to be out of there and didn't want to see 'them' again.

   Roseanna said they (BC and KC disclosed this to her on Friday the day after they arrived. Roseanna described their (BC and KC behavior as great. Roseanna also described them to be really respectful, well mannered, and follow directions.

   Roseanna told me she was confused as to why they (BC and KC were on so many medications. Roseanna described the amount of medication they are receiving to be "Crazy". Roseanna said they told her that their mom had a lot of "pull", the doctor listened to everything their mom had to say and would just give them medicine.

   Roseanna explained BC and KC are taking six to seven pills a

280
COCHISE COUNTY
SHERIFF'S OFFICE         04/02/19
OFFICIAL COPY

day for behavioral health. Roseanna said she has not experienced anything like that from them. Roseanna told me, maybe now she is seeing PTSD from BC. She explained that Brandon was having nightmares of his parents coming for him and says he can't sleep at night.

Roseanna said KC told her he didn't want to go to court. Roseanna explained to me that this was because he didn't want to face them. Roseanna said KC told her he was afraid of them. Roseanna told me, they BC and KC told her they reached out to someone six times and nothing was done.

Due to Roseanna having to leave, I scheduled a meeting to speak with BC and KC on December 28th, 2018. On December 28th, Det. Borquez and I met with Roseanna at which time, I was informed that KC had run away and that BC was at the Library. I was unable to speak with B. and KC at this time.

**STATUS:**
Active

**ATTACHMENTS:**
1) Audio recording of interview with Roseanna Hernderson

**REPORT GENERATED BY:**
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker



COCHISE COUNTY
SHERIFF'S OFFICE
OFFICIAL COPY
04/02/19

## Supplement

CCSO DR# 18-41899

SUPP# 5

SPECIAL OPERATIONS DIVISION/MAJOR CRIMES UNIT

DISTRIBUTION:
- CCSO Records

VICTIM(s):
- Mahliya Campbell
- AC
- BC
- KC

SUSPECT(s):
- Monica Campbell
- Brian Campbell

CHARGE(s):
- Child Abuse

PERSONS MENTIONED IN THIS REPORT:
- Robert Denney
- Brandon Campbell

NARRATIVE:
　　　　On January 16, 2019, I received an e-mail from the Department of Child Safety (DCS) Office of Child Welfare (OCWI) Robert Denney. The e-mail was to inform me that BC had run away and was found a few days later with a meth overdose. Mr. Denney also informed me BC had been hospitalized.

　　　　The e-mail informs me that Mr. Denney went to see BC who was doing very badly. Mr. Denney talks about episodes that BC was having, saying he couldn't stop talking about his dad selling him to an older man who was dad's friend when he was nine (9) or seven (7) year old.

This e-mail will be attached.

STATUS:
Active
ATTACHMENTS:
- E-mail (Robert Denney)

REPORT GENERATED BY:
Det. J. Davidson #1119

Reviewed by:
Det Sgt Tal. Parker



COCHISE COUNTY SHERIFF'S OFFICE OFFICIAL COPY

04/02/19